# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 12−35552−RG
                                          Chapter: 7
                                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Arthur Mark Fleischmann
    aka Art Fleischmann
    14−19 11th Street
    Fair Lawn, NJ 07410

Social Security No.:
    xxx−xx−2445

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

      Jonathan Kohn, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
      If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than May 23, 2013.
      In the event an objection is timely filed, a hearing will be held before the Honorable Rosemary Gambardella on

DATE:                5/29/13
TIME:                10:00 AM
COURTROOM:   3E

      If no objection is filed with the Clerk and served upon the Trustee on or before May 23, 2013, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Account Number Account Balance Name on Account

1. xxxxxx4548 $15,900.81 Ernest J Fleischmann
Arthur Fleischmann

2. xxxxx7108 $158.43 Arthur Fleischmann

The liens on the property to be abandoned are as follows
(including amount claimed due):
1. N/A

2. N/A

The amount of equity claimed as exempt by the debtor is:

1. N'A

$200.00

      Request for additional information about the property to be abandoned should be directed to the Trustee at:
Jonathan Kohn
Rothbard, Rothbard, Kohn & Kellar
Robert Treat Center
50 Park Place, Suite 1228
Newark, NJ 07102−4397
(973) 622−7713

      or the trustee's attorney (if applicable) at:
Jonathan Kohn
Rothbard, Rothbard, Kohn & Kellar
Robert Treat Center
50 Park Place, Suite 1228
Newark, NJ 07102−4397
(973) 622−7713

Dated: May 10, 2013
JJW:

                                                      James J. Waldron
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-35552-RG
Arthur Mark Fleischmann                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: whealy              Page 1 of 2              Date Rcvd: May 11, 2013
                              Form ID: 154              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
```
db              +Arthur Mark Fleischmann,    14-19 11th Street,    Fair Lawn, NJ 07410-1956
513445118       +Afni, Inc. (Original Creditor:Dish Netwo,    Po Box 3097,    Bloomington, IL 61702-3097
513445119       +Bank of America f/k/a Fleet Bank,    c/o Hudson Law Offices, P.C.,    900 Route 168, Suite C-2,
                 Turnersville, NJ 08012-3206
513445120      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
513445125       +HSBC,    235 Canal Street,    New York, NY 10013-4147
513445121        Hackensack Anesthesiology Associates,    292 Atlantic Street,    Hackensack, NJ 07601-2103
513445122       +Hackensack University Medical Center,    30 Prospect Ave,    Hackensack, NJ 07601-1912
513445123       +Hcs Collections (Original Creditor:Dr Da,    Po Box 306,    Waldwick, NJ 07463-0306
513445124       +Hcs Collections (Original Creditor:Dr. W,    Po Box 306,    Waldwick, NJ 07463-0306
513445126       +IndyMac Bank, FSB,    888 E. Walnut Street, Suite 400,    Pasadena, CA 91101-1802
513445127       +Onewest Bank, FSB,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: leah.bynon@usdoj.gov May 11 2013 18:40:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2013 18:34:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013**            **Signature:**     *Joseph Speetjens*

```
District/off: 0312-2          User: whealy              Page 2 of 2              Date Rcvd: May 11, 2013
                              Form ID: 154              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2013 at the address(es) listed below:
          Barry Scott Miller    on behalf of Debtor Arthur Mark Fleischmann bmiller@barrysmilleresq.com
          David B. Grantz    on behalf of Creditor    BANK OF AMERICA, N.A. dgrantz@meyner.com
          Jonathan  Kohn    jkohntrustee@rrkklaw.com, jkohn@ecf.epiqsystems.com
          Jonathan  Kohn    on behalf of Trustee Jonathan  Kohn jkohntrustee@rrkklaw.com,
          jkohn@ecf.epiqsystems.com
          R. A. Lebron    on behalf of Creditor    ONEWEST BANK, FSB bankruptcy@feinsuch.com
          TOTAL: 5