U.S. Department of Justice

United States Trustee

Districts of Delaware and New Jersey

---

One Newark Center, Suite 2100
Newark, New Jersey 07102

Chapter 11 Department
Chapter 7 Department
Legal Department

## NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE    Athur Mark Fleischmann

CASE NUMBER    12-35552

AMOUNT OF FUNDS ON HAND    $0.00

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE    _____

ESTIMATED VALUE    $58,000.00

OTHER INFORMATION RELATING TO STATUS OF CASE    _____

SIGNATURE OF TRUSTEE    JONATHAN KOHN /S/

NAME OF TRUSTEE    JONATHAN KOHN    DATED    9/30/13