# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 12−35552−RG
>Chapter: 7
>Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur Mark Fleischmann
   aka Art Fleischmann
   14−19 11th Street
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−2445

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

   Jonathan Kohn, Trustee in the above captioned case, proposes to settle an action, the nature of which is described below.

   If any creditor or other party in interest has an objection to the settlement, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.

   Such objection and request shall be filed with the Clerk and served upon the person named below no later than December 11, 2013.

   In the event an objection is timely filed a hearing thereon will be held before the Honorable Rosemary Gambardella on:

DATE:            12/16/13
TIME:            10:00 AM
COURTROOM:       3E

   If no objection is filed with the Clerk and served upon the person named below on or before December 11, 2013, the settlement will be consummated as proposed on or after twenty−five (25) days from the date of this notice.

   The nature of the action and the terms of the settlement are as follows:

Nature of the Action:

An asset of this estate consists of debtor's cause of action_against Corrados Wine& Beer Makinq for negligent infliction of personal injury, Trustee ined retained services o Bitcher, Leone & Roth LLC as special counsel . The lawsuit was commenced prior to filina of the bankruntcv petition.

Terms of the Settlement:

Special counsel has been sucessful in settlina all claims in the case for the
sum of $170,000.00.
Both the Trustee and special counsel E. Drew Britcher recommend approval of the

settlement .

    Requests for information about the nature of the action or the terms of the settlement should be directed to the Trustee at:
Jonathan Kohn
Rothbard, Rothbard, Kohn & Kellar
Robert Treat Center
50 Park Place, Suite 1228
Newark, NJ 07102–4397
(973) 622–7713

    or the trustee's attorney (if applicable) at:
Jonathan Kohn
Rothbard, Rothbard, Kohn & Kellar
Robert Treat Center
50 Park Place, Suite 1228
Newark, NJ 07102–4397
(973) 622–7713


Dated: November 20, 2013
JJW:

                                                                                     James J. Waldron
                                                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 12-35552-RG
Arthur Mark Fleischmann                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: whealy              Page 1 of 1             Date Rcvd: Nov 20, 2013
                            Form ID: 161              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2013.
db          +Arthur Mark Fleischmann,    14-19 11th Street,    Fair Lawn, NJ 07410-1956
sp          +Britcher, Leone & Roth, LLC,    175 Rock Road,    Glen Rock, NJ 07452-1724
513445118   +Afni, Inc. (Original Creditor:Dish Netwo,    Po Box 3097,    Bloomington, IL 61702-3097
513445119   +Bank of America f/k/a Fleet Bank,    c/o Hudson Law Offices, P.C.,    900 Route 168, Suite C-2,
              Turnersville, NJ 08012-3206
513445120  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514326656    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513445125   +HSBC,   235 Canal Street,    New York, NY 10013-4147
513445121    Hackensack Anesthesiology Associates,    292 Atlantic Street,    Hackensack, NJ 07601-2103
513445122   +Hackensack University Medical Center,    30 Prospect Ave,    Hackensack, NJ 07601-1912
514274580    Hakan Usal, MD,    305 Route 17 S.,   Suite 3-100A,    Paramus, NJ 07652
513445123   +Hcs Collections (Original Creditor:Dr Da,    Po Box 306,    Waldwick, NJ 07463-0306
513445124   +Hcs Collections (Original Creditor:Dr W,    Po Box 306,    Waldwick, NJ 07463-0306
513445126   +IndyMac Bank, FSB,    888 E. Walnut Street, Suite 400,    Pasadena, CA 91101-1802
513445127   +Onewest Bank, FSB,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
              Parsippany, NJ 07054-4609
514274578    William K. Boss, Jr., MDPA,    305 Route 17 S.,   Suite 3-100A,    Paramus, NJ 07652
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: leah.bynon@usdoj.gov Nov 20 2013 21:54:45     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2013 21:54:42      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2013 22:00:33      GE CAPITAL RETAIL BANK,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
514063691    E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2013 21:59:50      GE Capital Retail Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514289470*    William K. Boss. Jr., MDPA,    305 Route 17 S Ste 3-100A,    Paramus, NJ  07652
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2013 at the address(es) listed below:
              Barry Scott Miller    on behalf of Debtor Arthur Mark Fleischmann bmiller@barrysmilleresq.com
              David B. Grantz    on behalf of Creditor    BANK OF AMERICA, N.A. dgrantz@meyner.com
              Jonathan   Kohn    jkohntrustee@rrkklaw.com, jkohn@ecf.epiqsystems.com
              Jonathan   Kohn    on behalf of Trustee Jonathan  Kohn jkohntrustee@rrkklaw.com,
               jkohn@ecf.epiqsystems.com
              R. A. Lebron    on behalf of Creditor   ONEWEST BANK, FSB bankruptcy@feinsuch.com
                                                                                             TOTAL: 5
```