Form 157 – ntcpvsale7

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−35552−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur Mark Fleischmann
   aka Art Fleischmann
   14−19 11th Street
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−2445

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED PRIVATE SALE

     Jonathan Kohn, Trustee in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

     If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Trustee, and the Clerk of the United States Bankruptcy Court.

     Such objection and request shall be filed with the Clerk and served upon the person named below on or before December 1, 2014.

     In the event an objection is timely filed, a hearing will be held before the Honorable Rosemary Gambardella on:

DATE:              12/16/14
TIME:              10:00 AM
COURTROOM:         3E

     If no objection is filed with the Clerk and served upon the person named below on or before December 1, 2014, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
Trustee proposes to sell the debtors real property at 14−19 11th St, Fair Lawn, New Jersey to Iosif and Yelena Yusupov for the purchase price of $282,000.00 pursuant to a written by contract of sale. The property is being sold as is. The property is subject to mortgages held IndyMac Bank securing approximately $86,672.00 and by OneWest Bank FSB securing approximately $230,462.00. The sale is contingent upon Trustees ability to negotiate a settlement reducing the amounts due on the mortgages. The property is being sold free and clear of all recorded liens and encumbrances of record, if any, which will attach to the sale
proceeds.
Higher or better offers in writing accompanied by a 10% deposit in cash or certified check will be entertained if received by the Trustee on or before the date set for filing objections. If there are such higher or better offers, the matter will be presented to the Court on the date set for hearing on objections for consideration of competing offers and determination of the highest and best offer.

Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

Request for additional information about the property to be sold should be directed to the Trustee at:
Jonathan Kohn
Rothbard, Rothbard, Kohn & Kellar
Robert Treat Center
50 Park Place, Suite 1228
Newark, NJ 07102–4397
(973) 622–7713

or the trustee's attorney (if applicable) at:
Jonathan Kohn
Rothbard, Rothbard, Kohn & Kellar
Robert Treat Center
50 Park Place, Suite 1228
Newark, NJ 07102–4397
(973) 622–7713


Dated: November 14, 2014
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Arthur Mark Fleischmann
    Debtor

Case No. 12-35552-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: whealy        Page 1 of 2        Date Rcvd: Nov 14, 2014
                         Form ID: 157        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2014.

```
db           +Arthur Mark Fleischmann,    14-19 11th Street,    Fair Lawn, NJ 07410-1956
sp           +Britcher, Leone & Roth, LLC,    175 Rock Road,    Glen Rock, NJ 07452-1724
r            +Coldwell Banker Residential Brokerage,    1410 Valley Road,    Wayne, NJ 07470-7903
cr           +Ocwen Loan Servicing, LLC,    c/o Stern Eisenberg PC,    1040 N. Kings Highway Ste 407,
               Cherry Hill, NJ 08034-1925
513445118    +Afni, Inc. (Original Creditor:Dish Netwo,    Po Box 3097,    Bloomington, IL 61702-3097
513445119    +Bank of America f/k/a Fleet Bank,    c/o Hudson Law Offices, P.C.,    900 Route 168, Suite C-2,
               Turnersville, NJ 08012-3206
514641373    +Bank of America, N.A.,    2001 NE 46th Street,    Kansas City, MO 64116-2051
513445120   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514326656     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513445125    +HSBC,    235 Canal Street,    New York, NY 10013-4147
513445121     Hackensack Anesthesiology Associates,    292 Atlantic Street,    Hackensack, NJ 07601-2103
513445122    +Hackensack University Medical Center,    30 Prospect Ave,    Hackensack, NJ 07601-1912
514274580     Hakan Usal, MD,    305 Route 17 S.,    Suite 3-100A,    Paramus, NJ 07652
513445123    +Hcs Collections (Original Creditor:Dr Da,    Po Box 306,    Waldwick, NJ 07463-0306
513445124    +Hcs Collections (Original Creditor:Dr. W,    Po Box 306,    Waldwick, NJ 07463-0306
513445126    +IndyMac Bank, FSB,    888 E. Walnut Street, Suite 400,    Pasadena, CA 91101-1895
513445127    +Onewest Bank, FSB,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4609
514274578     William K. Boss, Jr., MDPA,    305 Route 17 S.,    Suite 3-100A,    Paramus, NJ 07652
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: leah.bynon@usdoj.gov Nov 14 2014 21:55:49     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2014 21:55:47     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2014 22:02:38     GE CAPITAL RETAIL BANK,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
514063691     E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2014 22:06:56     GE Capital Retail Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
514289470*     William K. Boss. Jr., MDPA,    305 Route 17 S Ste 3-100A,    Paramus, NJ  07652
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2014 at the address(es) listed below:

```
          Barry Scott Miller    on behalf of Debtor Arthur Mark Fleischmann bmiller@barrysmilleresq.com
          David B. Grantz    on behalf of Creditor    BANK OF AMERICA, N.A. dgrantz@meyner.com
          Jonathan Kohn    jkohntrustee@rrkklaw.com, jkohn@ecf.epiqsystems.com
          Jonathan Kohn    on behalf of Trustee Jonathan  Kohn jkohntrustee@rrkklaw.com,
           jkohn@ecf.epiqsystems.com
          R. A. Lebron    on behalf of Creditor    ONEWEST BANK, FSB bankruptcy@feinsuch.com
          Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC
           seisenberg@sterneisenberg.com,
           dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;cbrewer@sterneisenberg.com
```

```
District/off: 0312-2          User: whealy              Page 2 of 2              Date Rcvd: Nov 14, 2014
                              Form ID: 157              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 6