UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Rothbard, Rothbard, Kohn & Kellar
50 Park Place, Suite 1228
Newark, New Jersey 07102
(973) 622-7713
Attorneys for Trustee
JONATHAN KOHN-3014

Order Filed on January 21, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

ARTHUR MARK FLEISCHMANN

Debtor.

Case No.: 12-35552

Hearing Date: 01/19/16 at 10:00 a.m.

Judge: GAMBARDELLA

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 21, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Rothbard, Rothbard, Kohn & Kellar<br>50 Park Place, Suite 1228<br>Newark, New Jersey 07102 | $10,040.00 | $0.00 |

*rev. 7/1/04 jml*