| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Rothbard, Rothbard, Kohn & Kellar<br>50 Park Place, Suite 1228<br>Newark, New Jersey 07102<br>(973) 622-7713<br>Attorneys for Trustee<br>JONATHAN KOHN-3014 | Order Filed on January 21, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>ARTHUR MARK FLEISCHMANN<br><br>Debtor. | Case No.: 12-35552<br>Hearing Date: 01/19/16 at 10:00 a.m.<br>Judge: GAMBARDELLA<br>Chapter: 7 |

### ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 21, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Rothbard, Rothbard, Kohn & Kellar<br>50 Park Place, Suite 1228<br>Newark, New Jersey 07102 | $10,040.00 | $0.00 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 12-35552-RG
Arthur Mark Fleischmann                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jan 21, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2016.
db             +Arthur Mark Fleischmann,    14-19 11th Street,    Fair Lawn, NJ 07410-1956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2016 at the address(es) listed below:
              Barry Scott Miller    on behalf of Debtor Arthur Mark Fleischmann bmiller@barrysmilleresq.com
              David B. Grantz    on behalf of Creditor    BANK OF AMERICA, N.A. dgrantz@meyner.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as servicer for Federal National
               Mortgage Association cmecf@sternlav.com
              Jonathan  Kohn    jkohntrustee@rrkklaw.com,   jkohn@ecf.epiqsystems.com
              Jonathan  Kohn    on behalf of Trustee Jonathan  Kohn jkohntrustee@rrkklaw.com,
               jkohn@ecf.epiqsystems.com
              R. A. Lebron    on behalf of Creditor    ONEWEST BANK, FSB bankruptcy@feinsuch.com
              Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;cbrewer@sterneisenberg.com;astranix@stern
               eisenberg.com
                                                                                             TOTAL: 7